# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2038
_____

BROGDEN DANIELLE SCATES,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

January 6, 2025

PER CURIAM.

DISMISSED.

LEWIS, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Brogden Danielle Scates, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.